# Exhibit A

JSW STEEL USA OHIO, ~~INC.~~ )
1500 COMMERCIAL AVENUE )
MINGO JUNCTION, OH 43938 )

FILED
COMMON PLEAS COURT
JEFFERSON COUNTY, OHIO

MAY 0 4 2020

JOHN A. CORRIGAN
CLERK

Case No: 20CV161

Judge _[signature]_

      Plaintiff,

v.

MARUBENI ITOCHU STEEL AMERICA,
INC.
150 EAST 42ND STREET
7TH FLOOR
NEW YORK, NY 10017

      Defendant.

)
)
)
:
)
:
)
:
)

**COMPLAINT FOR
DECLARATORY JUDGMENT
AND BREACH OF CONTRACT**

For its Complaint, Plaintiff, JSW Steel USA Ohio, Inc. ("Plaintiff") , by counsel, alleges:

## PARTIES AND JURISDICTION

1.     Plaintiff is an Ohio corporation with its principal place of business in Jefferson County, Ohio.

2.     On information and belief, Defendant Marubeni Itochu Steel America, Inc. ("Defendant") is a Delaware corporation with its principal place of business located at the address set forth in the caption.

## JURISDICTION AND VENUE

3.     Subject matter jurisdiction is proper in the State of Ohio, Common Pleas Court because the amount in controversy exceeds $25,000.

4.     Personal jurisdiction is proper because (a) the subject matter of this Complaint arises out of Defendant's transaction of business in the State of Ohio and (b) upon information and belief, Defendant maintains a physical office in the State of Ohio.

1

5.      Venue is proper in Jefferson County, Ohio because the claim for relief arose in this county and this is the county where Plaintiff resides.

## FACTUAL ALLEGATIONS

6.      Plaintiff is a steel manufacturing company, with operations in Mingo Junction, Ohio.

7.      Defendant processes, manufactures, and sells steel and aluminum metal products.

8.      Plaintiff and Defendant are merchants.

9.      Previous to the transaction that is the subject of this Complaint, Defendant had purchased steel products from Plaintiff.

10.      On February 19, 2020, Defendant emailed Plaintiff, asking Plaintiff to provide offers for both 1 barge of steel product and 2 barges of steel product.

11.      In response, on February 19, 2020, Plaintiff emailed to Defendant a quote for steel product.

12.      Between February 19 and March 2, 2020, Plaintiff and Defendant negotiated, by both email and telephone, the price, quantity, size, grade, and delivery terms of a proposed order for steel product.

13.      On March 3, 2020, representatives of Plaintiff and Defendant discussed the proposed order for product by telephone.

14.      By email on March 3, 2020 following that telephone call, Defendant confirmed to Plaintiff the details of Defendant's purchase orders ("POs") for product from Plaintiff, specifically including three separate PO numbers, and the product, price, quantity, size, grade and delivery terms. (Exhibit A).

15.     Plaintiff promptly replied "We will get these in our system tomorrow and send acknowledgements." (Exhibit A).

16.     At that point in time, the parties had a contract and began conducting themselves recognizing the existence of that contract.

17.     The following day, March 4, 2020, by email exchange, the parties deleted one line item of the order due to unavailability and made a tonnage adjustment on one line item of the order, which Plaintiff confirmed in writing on March 5, 2020.

18.     Plaintiff entered Defendant's PO information into Plaintiff's system and began the process of production of the ordered product.

19.     On March 6, 2020, Defendant asked Plaintiff to amend five items on the POs, which Defendant immediately confirmed.

20.     On March 9, 2020, Defendant sent to Plaintiff by email Defendant's formal "Purchase Confirmation and Contract" documents for each of the three POs it had issued to Plaintiff. The documents were dated March 5, 2020. (Exhibit B).

21.     On March 10, 2020, Plaintiff sent to Defendant by email Plaintiff's formal "Acknowledgement" document for the three POs it had received from Defendant. The document was dated March 9, 2020. (Exhibit C).

22.     Defendant's Purchase Confirmation and Contract documents and Plaintiff's Acknowledgment document each contained consistent material terms regarding product, price, quantity, size, grade and delivery terms, with the contract price being $1,644,680.

23.     All of those material terms were consistent with the parties' prior negotiations.

24.    Defendant's Purchase Confirmation and Contract documents contained Defendant's standard terms and conditions of sale, and for that reason, Plaintiff declined to execute the documents, as is Plaintiff's standard practice.

25.    Plaintiff's Acknowledgement document contained Plaintiff's standard terms and conditions of sale, and Defendant declined to execute that document.

26.    For the prior purchase transaction between the parties, Plaintiff did not execute Defendant's PO and only signed Plaintiff's formal written Acknowledgement.

27.    Plaintiff manufactured the products ordered by Defendant.

28.    On March 23, 2010, twenty days after delivery of its PO numbers and terms to Plaintiff, Defendant informed Plaintiff by email that Defendant was "no longer able to honor" its three POs. (Exhibit D).

29.    Defendant initially attributed its inability to honor its POs to Plaintiff's refusal to sign Defendant's Purchase Confirmation and Contract documents. (Exhibit D).

30.    In that March 23, 2020 email, Defendant then noted the "extraordinary and unsettling times" we are in, "the novel coronavirus (COVID-19) global pandemic still taking shape in the US and all of us experiencing dramatic changes in our lives," and a drop in the price of oil that "has created havoc in the world markets, including the steel market." (Exhibit D).

31.    In that March 23, 2020 email, Defendant then solicited a unilateral price change, stating "If you still like us to take cargo, we will cooperate but we need to adjust the pricing." (Exhibit D).

32.    By return email on March 23, 2020, Plaintiff rejected Defendant's attempted cancellation of the orders, further noting: "The order is almost ready.  One barge is leaving

tomorrow which is getting loaded now. Second barge is supposed to leave next week." (Exhibit D).

33.     By return email on March 23, 2020, Defendant indicated that it would "stand on our cancellation based upon your failure to sign our 3 Po's, in spite of our repeated requests." (Exhibit D).

34.     In that March 23, 2020 email, Defendant again cited the "catastrophic changes in the market" and offered to "evaluate a new pricing proposal to determine if this order can be resurrected." (Exhibit D).

35.     The market for the steel product that was the subject of the three POs did change to Defendant's detriment between the issuance of the POs by Defendant to Plaintiff on March 3, 2020 and March 23, 2020, when Defendant attempted advised Plaintiff that Defendant would not honor its three POs.

36.     The true reason for Defendant's failure to honor its three POs issued to Plaintiff was that change in the market, not Plaintiff's refusal to sign Defendant's form.

37.     On March 24, 2020, Plaintiff formally notified Defendant by email that Defendant's attempt to cancel the orders was wrongful and deemed by Plaintiff to be a repudiation of the contract that substantially impaired the value of the contract to Plaintiff. (Exhibit E).

38.     At that time, Plaintiff urged Defendant to retract its repudiation and attempted cancellation. (Exhibit E).

39.     At that time, Plaintiff also formally notified Defendant of Plaintiff's tender of delivery of product pursuant to the POs and also that Plaintiff was holding the product at Defendant's disposition, pending instructions from Defendant. (Exhibit E).

40.     By return email on March 24, 2020, Defendant indicated that its position remained unchanged and that Defendant was "cancelling the orders as your rejection to sign contracts, as our business no longer has a use for this material due to the unprecedented collapse of the oil business, coupled with the unprecedented closing of business country-wide due to the deadly conronavirus pandemic." (Exhibit E).

41.     Defendant has not retracted its repudiation and has refused to accept Plaintiff's tender of delivery of the product.

42.     Defendant's unilateral repudiation of the POs constitutes a breach of the whole contract under Ohio's version of the Uniform Commercial Code ("UCC").

43.     In light of Defendant's breach of contract, Plaintiff has taken and is continuing to take commercially reasonable steps to mitigate its losses by reselling the product at the best price possible in the current market conditions.

44.     Plaintiff is entitled to recover from Defendant the difference between the resale price and the contract price, together with incidental damages incurred by Plaintiff as a result of Defendant's breach, which Plaintiff has incurred.

## Count One

### (Declaratory Judgment)

45.     Plaintiff restates the above as if fully set forth herein.

46.     Under Ohio's Declaratory Judgment Act (the "Act") this Court: "may declare rights, status, and other legal relations whether or not further relief is or could be claimed." O.R.C. § 2721.02(A).

47.     Under O.R.C. § 2721.03, Plaintiff may "have determined any question of construction or validity arising under (a) contract...and obtain a declaration of rights, status, or

other legal relations under it." And pursuant to O.R.C. § 2721.04 "a contract may be construed by a declaratory judgment or decree either before or after there has been a breach of the contract." Finally, under O.R.C. § 2721.13 the provisions of Ohio's Declaratory Judgment Act "shall be liberally construed and administered."

48.    As authorized by the Act, Plaintiff seeks for this Court to determine and declare: (a) that a contract to purchase goods was formed on March 3, 2020 upon Defendant's delivery of purchase order numbers and detailed material terms to Plaintiff, pursuant to §§2-204, 2-206(1)(a) and 2-207(3) of the UCC [O.R.C. §§1302.07, 1302.08(A)(1) and 1302.10(C)]; (b) that the terms of that contract consist of those terms on which the writings of the parties agree, pursuant to §2-207(3) of the UCC [O.R.C. §1302.10(C)]; (c) that Defendant's March 23, 2020 notification that it was "no longer able to honor" the purchase orders constituted a wrongful repudiation of that contract, pursuant to §2-610 of the UCC [O.R.C. §1302.68]; (d) that Defendant's failure to retract its repudiation pursuant to §2-611 of UCC [O.R.C. §1302.69] constitutes a breach of the contract, pursuant to §2-703 of the UCC [O.R.C. §1302.77]; (e) that Defendant is therefore entitled to the remedies provided by §2-703 of the UCC [O.R.C. §1302.77], including the right to resell and recover as damages the difference between the resale price (yet to be finally determined) and the contract price ($1,644,680) together with any incidental damages, pursuant to §2-706 of the UCC [O.R.C. §1302.80].

## Count Two

### (Breach of Contract)

49.    Plaintiff restates the above as if fully set forth herein.

50.    A contract to purchase goods was formed on March 3, 2020 upon Defendant's delivery of purchase order numbers and details to Plaintiff, pursuant to §§2-204, 2-206(1)(a) and 2-207(3) of the UCC [O.R.C. §§1302.07, 1302.08(A)(1) and 1302.10(C)].

51.    The terms of that contract consist of those terms on which the writings of the parties agree, pursuant to §2-207(3) of the UCC [O.R.C. §1302.10(C)].

52.    Defendant's March 23, 2020 notification that it was "no longer able to honor" the purchase orders constituted a wrongful repudiation of that contract, pursuant to §2-610 of the UCC [O.R.C. §1302.68].

53.    Defendant's failure to retract its repudiation pursuant to §2-611 of the UCC [O.R.C. §1302.69] constitutes a breach of the contract, pursuant to §2-703 of the UCC [O.R.C. §1302.77].

54.    Defendant is therefore entitled to the remedies provided by §2-703 of the UCC [O.R.C. §1302.77], including the right to resell and recover as damages the difference between the resale price (which has yet to be finally determined) and the contract price ($1,644,680) together with any incidental damages, pursuant to §2-706 of the UCC [O.R.C. §1302.80].

**PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A.    For the declarations outlined in Count One, including a declaration that Defendant breached the contract and that Plaintiff is entitled to damages equal to the difference between the resale price and the contract price, plus incidental damages;

B.    For its attorneys' fees and costs of this suit; and

C.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Michael A Roberts (0047129)
Thomas A. Prewitt (0060929)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St., Suite 1800
Cincinnati, Ohio 45202
(513) 629-2799
mroberts@graydon.law
tprewitt@graydon.law
*Attorneys for Plaintiff*

***Please serve by U.S. Certified Mail.***

Thomas A. Prewitt

10254747.1

9

On Tue, Mar 3, 2020 at 6:30 PM Abhishek Aggarwal <abhishek.aggarwal@jswsteel.us> wrote:

Thankyou Shohei san to make this work.

We will get these in our system tomorrow and send acknowledgements .

If I have any questions, Il call you .

Have a good rest of your day .

Regards

Abhishek

On Tue, Mar 3, 2020 at 5:55 PM Tanaka Shohei−ISALSA <tanaka-s@us.benichu.com> wrote:

**Abhishek  san**

**As per  your phone instruction,  we  accept  net  45  days ( assuming barge  navigation 3  weeks  from Mingo Junction to Houston).**

**Followings  are details of our  PO.**

**LOT 1    1,430 net ton  under our PO L5-0295   with shipping marks   #24.360/Quality/Size/Heat number/Houston**

**LOT 2     110 net ton  under our PO L5-0296   with shipping marks   #24.361/Quality/Size/Heat number/Houston**

**LOT 3    1,500 net ton  under our PO L5-0297   with shipping marks   #24.363/Quality/Size/Heat number/Houston**

EXHIBIT

A

**Assortment/Price :  As per attached.**

**Delivery term        :  Loaded on to buyer's  truck,  Houston**

**Shipment              :  End March/Early April  from Mingo Junction**

**Payment               : Net  45  days**


**Remarks              :  As  same condition as previous order,  your providing photos to show  cargo condition when you ship  out Minto Junction would be appreciated.**


**Thank you very much for your hard work  including week end.**


**Shohei**

&lt;Lot 1&gt;

HOT ROLLED COILS IN QUALITIES LISTED BELOW, MILL EDGE, 48,000 LBS.
MAXIMUM COIL WEIGHT, COIL INSIDE DIAMETER 24-34 INCHES, COIL OUTSIDE
DIAMETER 72 INCHES MAXIMUM, 1/2 STANDARD THICKNESS, WIDTH, CAMBER
TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635, NO OSCILLATION OR
COIL BREAKS, FOR LEVELING INTO PANEL FLAT SHEETS/PLATES, INVOICING ON
ACTUAL NET WEIGHT, TOLERANCE ON QUANTITY +/- 10%.

** ITEMS 1 - 7 : ASTM A1011 CS TYPE B
** ITEMS 8 - 10 : ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36
** ITEMS 11 - 21 : ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36

| ITEM # | QTY | UOM | Due date | Size | Weight | Price (cwt) |
|--------|------|-----|----------|----------------|-----------|-------------|
| 1 | 44 | Ton | | .075 MIN X 48 | 88,000 | $28.00/cwt |
| 2 | 44 | Ton | | .097 MIN X 48 | 88,000 | $27.00/cwt |
| 3 | 44 | Ton | | .112 MIN X 48 | 88,000 | $27.00/cwt |
| 4 | 66 | Ton | | .112 MIN X 60 | 132,000 | $27.00/cwt |
| 5 | 44 | Ton | | .127 MIN X 48 | 88,000 | $27.00/cwt |
| 6 | 88 | Ton | | .127 MIN X 60 | 176,000 | $27.00/cwt |
| 7 | 66 | Ton | | .127 MIN X 72 | 132,000 | $27.00/cwt |
| 8 | 44 | Ton | | .178 MIN X 48 | 88,000 | $27.00/cwt |
| 9 | 66 | Ton | | .178 MIN X 60 | 132,000 | $27.00/cwt |
| 10 | 110 | Ton | | .178 MIN X 72 | 220,000 | $27.00/cwt |
| 11 | 44 | Ton | | .240 MIN X 48 | 88,000 | $27.00/cwt |
| 12 | 132 | Ton | | .240 MIN X 60 | 264,000 | $27.00/cwt |
| 13 | 220 | Ton | | .240 MIN X 72 | 440,000 | $27.00/cwt |
| 14 | 22 | Ton | | .305 MIN X 48 | 44,000 | $27.00/cwt |
| 15 | 44 | Ton | | .305 MIN X 60 | 88,000 | $27.00/cwt |
| 16 | 22 | Ton | | .305 MIN X 72 | 44,000 | $27.00/cwt |
| 17 | 44 | Ton | | .365 MIN X 48 | 88,000 | $27.00/cwt |
| 18 | 88 | Ton | | .365 MIN X 60 | 176,000 | $27.00/cwt |
| 19 | 88 | Ton | | .365 MIN X 72 | 176,000 | $27.00/cwt |
| 20 | 44 | Ton | | .490 MIN X 48 | 88,000 | $27.00/cwt |
| 21 | 66 | Ton | | .490 MIN X 60 | 132,000 | $27.00/cwt |
| Total | 1430 | Ton | | | 2,860,000 | |

PRICE: THE ABOVE MENTIONED PRICES ARE TO BE UNDERSTOOD PER CWT, NET EFFECTIVE, VIA
BARGE, LOADED TRUCK, NORTH SIDE CITY DOCKS, PORT OF HOUSTON, HOUSTON, TEXAS.

MARKS: #24.360 / QUALITY / SIZE / HEAT NO. / HOUSTON /

&lt;Lot 2&gt;

HOT ROLLED COILS IN QUALITIES LISTED BELOW, MILL EDGE, 48,000 LBS. MAXIMUM COIL WEIGHT, COIL INSIDE DIAMETER 24-34 INCHES, COIL OUTSIDE DIAMETER 72 INCHES MAXIMUM, 1/2 STANDARD THICKNESS, WIDTH, CAMBER TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635, NO OSCILLATION OR COIL BREAKS, FOR LEVELING INTO PANEL FLAT SHEETS/PLATES, INVOICING ON ACTUAL NET WEIGHT, TOLERANCE ON QUANTITY +/- 10%.

** ITEMS 1 - 2 : ASTM A1011 SS GRADE 55

| ITEM # | QTY | UOM | Due date | Size | Weight | Price (cwt) |
|--------|-----|-----|----------|------|--------|-------------|
| 1 | 44 | Ton | | .127 MIN X 60 | 88,000 | $28.00/cwt |
| 2 | 66 | Ton | | .178 MIN X 60 | 132,000 | $28.00/cwt |
| Total | 110 | Ton | | | 220,000 | |

PRICE: THE ABOVE MENTIONED PRICES ARE TO BE UNDERSTOOD PER CWT, NET EFFECTIVE, VIA BARGE, LOADED TRUCK, NORTH SIDE CITY DOCKS, PORT OF HOUSTON, HOUSTON, TEXAS.

MARKS: #24.361 / QUALITY / SIZE / HEAT NO. / HOUSTON /

<LOT 3>

HOT ROLLED COILS IN QUALITIES LISTED BELOW, MILL EDGE, 48,000 LBS.

MAXIMUM COIL WEIGHT, COIL INSIDE DIAMETER 24-34 INCHES, COIL OUTSIDE
DIAMETER 72 INCHES MAXIMUM, 1/2 STANDARD THICKNESS, WIDTH, CAMBER
TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635, NO OSCILLATION OR
COIL BREAKS, FOR LEVELING INTO PANEL FLAT SHEETS/PLATES, INVOICING ON
ACTUAL NET WEIGHT, TOLERANCE ON QUANTITY +/- 10%.

**ITEMS 1 - 3 : ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36
**ITEMS 4 - 10 : ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36

| ITEM # | QTY | UOM | Due date | Size | Weight | Price (cwt) |
|--------|-----|-----|----------|------|--------|-------------|
| 1 | 100 | Ton | | .1775 MIN X 48 | 200,000 | $27.00/cwt |
| 2 | 100 | Ton | | .1775 MIN X 60 | 200,000 | $27.00/cwt |
| 3 | 100 | Ton | | .1775 MIN X 72 | 200,000 | $27.00/cwt |
| 4 | 200 | Ton | | .240 MIN X 48 | 400,000 | $27.00/cwt |
| 5 | 200 | Ton | | .240 MIN X 60 | 400,000 | $27.00/cwt |
| 6 | 200 | Ton | | .240 MIN X 72 | 400,000 | $27.00/cwt |
| 7 | 200 | Ton | | .365 MIN X 48 | 400,000 | $27.00/cwt |
| 8 | 100 | Ton | | .365 MIN X 60 | 200,000 | $27.00/cwt |
| 9 | 100 | Ton | | .365 MIN X 72 | 200,000 | $27.00/cwt |
| 10 | 200 | Ton | | .490 MIN X 48 | 400,000 | $27.00/cwt |
| Total | 1,500 | Ton | | | 3,000,000 | |

PRICE: THE ABOVE-MENTIONED PRICES ARE TO BE UNDERSTOOD PER CWT, NET EFFECTIVE, VIA
BARGE, LOADED TRUCK, NORTH SIDE CITY DOCKS, PORT OF HOUSTON, HOUSTON, TEXAS.

MARKS: # 24.363 / QUALITY / SIZE / HEAT NO. / HOUSTON

# MISA

Marubeni-Itochu Steel America Inc.
MISA - LOS ANGELES BRANCH
DATE:03/05/2020
PAGE 1

## PURCHASE CONFIRMATION AND CONTRACT

TEL 323-981-3280    FAX 323-981-3298

SELLER :JSWUL  JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

ATTN. :
SUPPLIER :JSWUL  JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

ATTN. :
DEPT/UNIT :CHI5L LSA-SHOHEI
P.I.C. :TANAKA, SHOHEI
E-MAIL :Tanakas@misa.com  TEL 323-981-3285

COMMODITY :

| CONTRACT NO. | :LS029500 | YOUR REF.NO.:3399 |
| SHIPMENT | :APRIL 2020 SHIPMENT | |

VIA :
DESTINATION :  JUNCTION, OH.
PAYMENT TERMS :NET 45 DAYS AFTER BARGE DEPARTURE FROM MINGO JUNCTION, OH.

DELIVERY TERMS :DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX
DUTY ALLOWANCE :+10.0%   -10.0
INSURANCE TERMS:

| | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|

- Details as per attached sheet -   TOTAL

|  | S/T | LB | USD |
|---|---|---|---|
| | 1,430.000 | 2,860,000.000 | 773,080.00 |

DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX
G.TOTAL   773,080.00 USD

PACKING :

MANUFACTURE : JSW STEEL USA, OHIOMINGO JUNCTION,
INSPECTION : MILL'S FINAL.
DELIVERY WEIGHT: ACTUAL NET WEIGHT

REMARKS : HOT ROLLED COILS, MILL EDGE, 1/2 STANDARD THICKNESS, WIDTH,
CAMBER TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635,
MAX COIL WT: 48,000LBS, COIL OD MAX: 72". FOR LEVELING INTO
PANEL FLAT SHEETS/PLATES. NO OSCILLATION OR COIL BREAKS.
PHOTOS SHOWING APPEARANCE OF COILS AT THE TIME OF LOADING
AT MILL TO BE SUPPLIED BY SELLER.

SHIPPING :LS0295/QUALITY/SIZE/HEAT NO./
MARK  HOUSTON

This Contract is and shall be subject to the Terms and Conditions set forth on the reverse side hereof, including the provision for arbitration, all of which are hereby accepted by the Seller. The provision of this Contract may not be modified, rescinded or waived except in writing and in accordance with its Terms and Conditions on the reverse hereof. This Contract has been prepared in accordance with the understanding between the Seller and the Buyer. No Changes should be made hereto by the Seller. If charges are desired this Contract should be returned immediately to the Buyer together with the suggested changes, and if satisfactory to the Buyer a new revised contract will be forwarded for the Seller's signature.
The Seller hereby represents and warrants to the Buyer that no merchandise to be supplied to the Buyer hereunder contain nor were manufactured with Class I ozone depleting substances as identified by the US Clean Air Act Amendment of 1990 and the regulations promulgated thereunder (40 CFR Part 82). If such merchandise contains or is manufactured with Class I ozone depleting substances, the Seller shall place a warning label thereon in compliance with said statute and regulations and shall also comply with any instruction given by the Buyer.

ACCEPTED BY SELLER

BY _____          BUYER:Marubeni-Itochu Steel America Inc.

_____              BY _____
AUTHORIZED SIGNATURE             KAZUYUKI HIRASAWA
                                 VICE PRESIDENT DIV 1
                                 LOS ANGELES BRANCH
                                 111 W.OCEAN BOULEVARD, SUITE 1940.
                                 LONG BEACH, CA 90802

                                 _____
                                 AUTHORIZED SIGNATURE

EXHIBIT
B



THE ORDER FOR THE MERCHANDISE SPECIFIED ON THE FACE HEREOF IS UPON THE FOLLOWING EXPRESS TERMS AND CONDITIONS, WHICH TOGETHER WITH SAID ORDER SHALL CONSTITUTE THE ENTIRE CONTRACT BETWEEN THE BUYER AND THE SELLER.

Marubeni-Itochu Steel America Inc.

**ATTACHED SHEET (PURCHASE)**

CONTRACT NO.: L5029500
DATE: 03/05/2020
DEPT/UNIT : CHSL
LSA-SHOHEI

SELLER : JSWUL JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

TEL 323-981-3280  FAX 323-981-3298

| COMMODITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| HOT ROLLED STEEL COIL | | | |
| ( 1) ASTM A1011 CS TYPE B<br>0.075" MIN X 48.00" X C | 44.000 S/T<br>88,000.000 LB | 28.0000 PER 100 LB | 24,640.00 USD |
| ( 2) ASTM A1011 CS TYPE B<br>0.097" MIN X 48.00" X C | 44.000 S/T<br>88,000.000 LB | 27.0000 PER 100 LB | 23,760.00 USD |
| ( 3) ASTM A1011 CS TYPE B<br>0.112" MIN X 48.00" X C | 44.000 S/T<br>88,000.000 LB | 27.0000 PER 100 LB | 23,760.00 USD |
| ( 4) ASTM A1011 CS TYPE B<br>0.112" MIN X 60.00" X C | 44.000 S/T<br>88,000.000 LB | 27.0000 PER 100 LB | 23,760.00 USD |
| ( 5) ASTM A1011 CS TYPE B<br>0.127" MIN X 48.00" X C | 66.000 S/T<br>132,000.000 LB | 27.0000 PER 100 LB | 35,640.00 USD |
| ( 6) ASTM A1011 CS TYPE B<br>0.127" MIN X 60.00" X C | 88.000 S/T<br>176,000.000 LB | 27.0000 PER 100 LB | 47,520.00 USD |
| ( 7) ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36<br>0.178" MIN X 48.00" X C | 44.000 S/T<br>88,000.000 LB | 27.0000 PER 100 LB | 23,760.00 USD |

# ATTACHED SHEET (PURCHASE)

SELLER : JSWIL, JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

CONTRACT NO.: 15029500
DATE: 03/05/2020
DEPT/UNIT : CHSL
LSA-SHOHEI

| COMMODITY | QUANTITY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8) ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36<br>0.178" MIN X 60.00" X C | S/T 66.000 | LB 132,000.000 | PER 100 LB 27.0000 | 35,640.00 USD |
| 9) ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36<br>0.178" MIN X 72.00" X C | S/T 110.000 | LB 220,000.000 | PER 100 LB 27.0000 | 59,400.00 USD |
| ( 10) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.240" MIN X 48.00" X C | S/T 44.000 | LB 88,000.000 | PER 100 LB 27.0000 | 23,760.00 USD |
| ( 11) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.240" MIN X 60.00" X C | S/T 132.000 | LB 264,000.000 | PER 100 LB 27.0000 | 71,280.00 USD |
| ( 12) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.240" MIN X 72.00" X C | S/T 286.000 | LB 572,000.000 | PER 100 LB 27.0000 | 154,440.00 USD |
| ( 13) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.305" MIN X 48.00" X C | S/T 22.000 | LB 44,000.000 | PER 100 LB 27.0000 | 11,880.00 USD |
| ( 14) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.305" MIN X 60.00" X C | S/T 44.000 | LB 88,000.000 | PER 100 LB 27.0000 | 23,760.00 USD |


MISA

SELLER : JSWUL  JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

CONTRACT NO.: L5029500
DATE: 03/05/2020
DEPT/UNIT : CHSL
LSA-SHOHEI

| COMMODITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ( 15) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.305" MIN X 72.00" X C | S/T 22.000<br>LB 44,000.000 | PER 100 LB<br>27.0000 | USD<br>11,880.00 |
| ( 16) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.365" MIN X 48.00" X C | S/T 44.000<br>LB 88,000.000 | PER 100 LB<br>27.0000 | USD<br>23,760.00 |
| ( 17) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.365" MIN X 60.00" X C | S/T 44.000<br>LB 88,000.000 | PER 100 LB<br>27.0000 | USD<br>23,760.00 |
| ( 18) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.365" MIN X 72.00" X C | S/T 88.000<br>LB 176,000.000 | PER 100 LB<br>27.0000 | USD<br>47,520.00 |
| ( 19) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.490" MIN X 48.00" X C | S/T 88.000<br>LB 176,000.000 | PER 100 LB<br>27.0000 | USD<br>47,520.00 |
| ( 20) ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.490" MIN X 60.00" X C | S/T 44.000<br>LB 88,000.000 | PER 100 LB<br>27.0000 | USD<br>23,760.00 |
| ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.490" MIN X 60.00" X C | S/T 66.000<br>LB 132,000.000 | PER 100 LB<br>27.0000 | USD<br>35,640.00 |
| TOTAL | S/T 1,430.000<br>LB 2,860,000.000 | | USD<br>773,080.00 |

# 𝕄MISA

## PURCHASE CONFIRMATION AND CONTRACT

TEL 323-981-3280    FAX 323-981-3298

| | | CONTRACT NO. | :L5029600    YOUR REF.NO.:3400 |
|---|---|---|---|
| SELLER | :JSWIL JSW STEEL USA, OHIO<br>1500 COMMERCIAL AVE.<br>MINGO JUNCTION, OH 43938 | SHIPMENT | :APRIL 2020 SHIPMENT |
| | | VIA | : |
| SUPPLIER | :JSWIL JSW STEEL USA, OHIO<br>1500 COMMERCIAL AVE.<br>MINGO JUNCTION, OH 43938 | DESTINATION | :JUNCTION, OH. |
| | | PAYMENT TERMS | :NET 45 DAYS AFTER BARGE DEPARTURE FROM MINGO<br>JUNCTION, OH. |
| ATTN. | : | | |
| DEPT/UNIT | :CH5L LSA-SHOHEI | DELIVERY TERMS | :DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX |
| P.I.C. | :TANAKA, SHOHEI | DUTY ALLOWANCE | :+10.0%    -10.0 |
| E-MAIL | :Tanakas@misa.com | INSURANCE TERMS | : |
| COMMODITY | | TEL 323-981-3285 | |

| COMMODITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| - details as per attached sheet - | | | |
| | S/T | LB | USD |
| | 110.000 | 220,000.000 | 61,600.00 |
| TOTAL | | | USD |
| DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX | | | 61,600.00 |
| | | G.TOTAL | |

PACKING : 

SHIPPING :L5029%/QUALITY/SIZE/HEAT NO./
MARK    HOUSTON

REMARKS : HOT ROLLED COILS, MILL EDGE, 1/2 STANDARD THICKNESS, WIDTH,
CAMBER TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635.
MAX COIL WT: 48.000LBS. COIL OD MAX: 72". FOR LEVELING INTO
PANEL FLAT SHEETS/PLATES. NO OSCILLATION OR COIL BREAKS.
PHOTOS SHOWING APPEARANCE OF COILS AT THE TIME OF LOADING
AT MILL TO BE SUPPLIED BY SELLER.

MANUFACTURE : JSW STEEL USA, OHIO MINGO JUNCTION,
INSPECTION : MILL'S FINAL.
DELIVERY WEIGHT : ACTUAL NET WEIGHT

This Contract is and shall be subject to the Terms herein stated and those on the reverse side hereof, including the provision for arbitration, all of which are hereby accepted by the Seller. The provision of this Contract may not be modified, rescinded or waived except in writing and in accordance with the Terms and Conditions on the reverse hereof. This Contract has been prepared in accordance with the Seller and the Buyer. No Charges should be made therein by the Seller.

If charges are desired this Contract should be returned immediately to the Buyer together with the suggested charges and if satisfactory to the Buyer a new revised contract will be forwarded for the Seller's signature.

The Seller hereby represents and warrants to the Buyer that no merchandise to be supplied to the Buyer hereunder contain nor were manufactured with Class I ozone depleting substances as identified by the US Clean Air Act Amendment of 1990 and the registrations promulgated thereunder (40 CFR Part 82). If such merchandise consists or is manufactured with Class I ozone depleting substances, the Seller shall place a warning label thereon in compliance with said statute and regulations and shall also comply with any instruction given by the Buyer.

ACCEPTED BY SELLER

BY _____    BY _____

AUTHORIZED SIGNATURE    KAZUYUKI HIRASAWA    VICE PRESIDENT DIV 1
LOS ANGELES BRANCH    AUTHORIZED SIGNATURE
111 W.OCEAN BOULEVARD,SUITE 1940.
LONG BEACH, CA 90802

BUYER:Marubeni-Itochu Steel America Inc.





THE ORDER FOR THE MERCHANDISE SPECIFIED ON THE FACE HEREOF IS UPON THE FOLLOWING EXPRESS TERMS AND CONDITIONS WHICH TOGETHER WITH SAID ORDER SHALL CONSTITUTE THE ENTIRE CONTRACT BETWEEN THE BUYER AND THE SELLER.



# ATTACHED SHEET (PURCHASE)

TEL. 323-981-3280    FAX 323-981-3298

SELLER    : JSWTL    JSW STEEL, USA, OHIO
          1500 COMMERCIAL AVE.
          MINGO JUNCTION, OH 43938

CONTRACT NO.: LS029600    DATE: 03/05/2020

DEPT/UNIT    : CH5L
             LSA-SHOHEI

| COMMODITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| HOT ROLLED STEEL COIL | | | |
| ( 1) | | | |
| ASTM A1011 HSLA GRADE 55 CLASS 1 | S/T | PER 100 LB | USD |
| 0.127" MIN X 60.00" X C | 44.000 | 28.0000 | 24,640.00 |
| | LB | 100 LB | |
| | 88,000.000 | | |
| ( 2) | | | |
| ASTM A1011 HSLA GRADE 55 CLASS 1 | S/T | PER 100 LB | USD |
| 0.178" MIN X 60.00" X C | 66.000 | 28.0000 | 36,960.00 |
| | LB | 100 LB | |
| | 132,000.000 | | |
| TOTAL | S/T | | USD |
| | 110.000 | | 61,600.00 |
| | LB | | |
| | 220,000.000 | | |



# PURCHASE CONFIRMATION AND CONTRACT

Marubeni-Itochu Steel America Inc.
MISA - LOS ANGELES BRANCH
DATE: 03/05/2020
PAGE 1

**SELLER** : JSWUL, JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

**TEL** 323-981-3280   **FAX** 323-981-3298

**SUPPLIER** : JSWUL, JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

**ATTN.** :
**SUPPLIER** : JSWUL, JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

**ATTN.** :
**DEPT/UNIT** :
**P.I.C.** : CH5L LSA-SHOHEI
: TANAKA, SHOHEI            TEL 323-981-3285
**E-MAIL** : Tanakas@misa.com

**COMMODITY**

**CONTRACT NO.** : L5029700   YOUR REF.NO.:3401
**SHIPMENT** : END MARCH/EARLY APRIL 2020 SHIPMENT AIMING EARLIEST

**VIA** :
**DESTINATION** :
**PAYMENT TERMS** : NET 45 DAYS AFTER BARGE DEPARTURE FROM MINGO
JUNCTION, OH.

**DELIVERY TERMS** : DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX
**DLVY.ALLOWANCE** : +10.0%  -10.0
**INSURANCE TERMS** :

| COMMODITY | QUANTITY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | S/T | LB | | |
| | 1,500.000 | 3,000,000.000 | 810,000.00 | 810,000.00 |
| | | | USD | USD |
| DAP, LOADED TRUCK AT NORTH SIDE CITY DOCK, HOUSTON, TX G.TOTAL | | | | |

**SHIPPING** : L5029700   **S/T** / **QUALITY/SIZE/HEAT NO./**
MARK         HOUSTON

**PACKING** :

- details as per attached sheet - TOTAL

**MANUFACTURE** : JSW STEEL USA, OHIONINGO JUNCTION,
**INSPECTION** : MILL'S FINAL
**DELIVERY WEIGHT** : ACTUAL NET WEIGHT

**REMARKS** : HOT ROLLED COILS. MILL EDGE, 1/2 STANDARD THICKNESS, WIDTH,
CAMBER TOLERANCES, GENERAL REQUIREMENTS TO ASTM A568/A635.
MAX COIL WT: 48,000LBS. COIL OD MAX: 72". FOR LEVELING INTO
PANEL FLAT SHEETS/PLATES. NO OSCILLATION OR COIL BREAKS.
PHOTOS SHOWING APPEARANCE OF COILS AT THE TIME OF LOADING
AT MILL TO BE SUPPLIED BY SELLER.

**ACCEPTED BY SELLER**

The Contract is and shall be subject to the Terms herein stated and those on the reverse side hereof, including the provision for arbitration, all of which are hereby accepted by the Seller. The provision of this Contract may not be modified, rescinded or waived except in writing and, in accordance with the Terms and Conditions on the reverse hereof. The Contract has been prepared in accordance with the understanding between the Seller and Buyer. No Changes should be made therein by the Seller.
If charges are desired this Contract should be returned immediately to the Buyer together with the suggested changes, and if satisfactory to the Buyer a new revised contract will be forwarded for the Seller's signature.
The Seller hereby represents and warrants to the Buyer that no merchandise to be supplied to the Buyer hereunder contain nor were manufactured with Class I ozone depleting substances as identified by the US Clean Air Act Amendment of 1990 and the regulations promulgated thereunder (40 CFR Part 82). If such merchandise contains or is manufactured with Class I ozone depleting substances, the Seller shall place a warning label thereon in compliance with said statute and regulations and shall also comply with any instruction given by the Buyer.

BY _____
AUTHORIZED SIGNATURE

BUYER: Marubeni-Itochu Steel America Inc.

BY _____
KAZUYUKI HIRASAWA     VICE PRESIDENT DIV 1
LOS ANGELES BRANCH
111 W.OCEAN BOULEVARD, SUITE 1940.
LONG BEACH, CA 90802

AUTHORIZED SIGNATURE

THE ORDER FOR THE MERCHANDISE SPECIFIED ON THE FACE HEREOF IS UPON THE FOLLOWING EXPRESS TERMS AND CONDITIONS WHICH TOGETHER WITH SAID ORDER SHALL CONSTITUTE THE ENTIRE CONTRACT BETWEEN THE BUYER AND THE SELLER.

ATTACHED SHEET (PURCHASE)

CONTRACT NO.: L5029700          DATE: 03/05/2020

DEPT/UNIT : CHSL
            LSA-SHOHEI

SELLER : JSWUL  JSW STEEL USA, OHIO
         1500 COMMERCIAL AVE.
         MINGO JUNCTION, OH 43938

TEL 323-981-3280     FAX 323-981-3298

| COMMODITY | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|

HOT ROLLED STEEL COIL

| | COMMODITY | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 1) | ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36 0.178" MIN X 48.00" X C | 100.000 S/T | 200,000.000 LB | PER | 100 LB 27.0000 | 54,000.00 USD |
| 2) | ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36 0.178" MIN X 60.00" X C | 100.000 S/T | 200,000.000 LB | PER | 100 LB 27.0000 | 54,000.00 USD |
| 3) | ASTM A1011 SS GRADE 36 TYPE 2 / ASTM A36 0.178" MIN X 72.00" X C | 100.000 S/T | 200,000.000 LB | PER | 100 LB 27.0000 | 54,000.00 USD |
| 4) | ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36 0.240" MIN X 48.00" X C | 100.000 S/T | 200,000.000 LB | PER | 100 LB 27.0000 | 54,000.00 USD |
| 5) | ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36 0.240" MIN X 60.00" X C | 200.000 S/T | 400,000.000 LB | PER | 100 LB 27.0000 | 108,000.00 USD |
| 6) | ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36 0.240" MIN X 72.00" X C | 200.000 S/T | 400,000.000 LB | PER | 100 LB 27.0000 | 108,000.00 USD |
| 7) | ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36 0.365" MIN X 48.00" X C | 200.000 S/T | 400,000.000 LB | PER | 100 LB 27.0000 | 108,000.00 USD |



# ＭＩＳＡ

Marubeni-Itochu Steel America Inc.
MISA - LOS ANGELES BRANCH

PAGE 3

TEL 323-981-3280    FAX 323-981-3298

## ATTACHED SHEET (PURCHASE)

SELLER : JSNUL   JSW STEEL USA, OHIO
1500 COMMERCIAL AVE.
MINGO JUNCTION, OH 43938

CONTRACT NO.: L5029700

DATE: 03/05/2020

DEPT/UNIT : CH5L
LSA-SHOHEI

| COMMODITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ( 8)<br>ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.365" MIN X 60.00" X C | S/T 100.000<br>LB 200,000.000 | PER 100 LB 27.0000 | USD 54,000.00 |
| ( 9)<br>ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.365" MIN X 72.00" X C | S/T 100.000<br>LB 200,000.000 | PER 100 LB 27.0000 | USD 54,000.00 |
| ( 10)<br>ASTM A1018 SS GRADE 36 TYPE 2 / ASTM A36<br>0.490" MIN X 48.00" X C | S/T 200.000<br>LB 400,000.000 | PER 100 LB 27.0000 | USD 108,000.00 |
| TOTAL | S/T 1,500.000<br>LB 3,000,000.000 | | USD 810,000.00 |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

## ACKNOWLEDGEMENT

SALES ORDER NO.

## 003399

| REV. | REV DATE |
|------|----------|
| 0 | 03/09/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0295 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER    ( 000644-000 ) | SHIP TO    ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BVLD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION:   CINDY MASUDA, ACCOUNTING        BILL TO:   Same As Customer

| LINE | QUANTITY | PRODUCT DESCRIPTION | UNIT PRICE | EXTENDED VALUE |
|---|---|---|---|---|
| | REMOVED LINE 7 ON CUSTOMER PO<br>CUSTOMER ADDED 66 TONS TO LINE 12 | | | |
| 001 | 88,000 LBS | H7080<br>ASTM A1011 CS TypeB 0.075" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.075" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 28.0000 CWT | 24,640.00 |
| 002 | 88,000 LBS | H7080<br>ASTM A1011 CS TypeB 0.097" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.097" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 23,760.00 |
| 003 | 88,000 LBS | H7080<br>ASTM A1011 CS TypeB 0.112" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.112" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 23,760.00 |
| 004 | 132,000 LBS | H7100<br>ASTM A1011 CS TypeB 0.112" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.112" x 60.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 35,640.00 |
| 005 | 88,000 LBS | H7080<br>ASTM A1011 CS TypeB 0.127" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL | 27.0000 CWT | 23,760.00 |

EXHIBIT

C
———



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

| REV. | REV DATE |
|---|---|
| 0 | 03/09/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0295 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER ( 000644-000 ) | SHIP TO ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BVLD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF<br>HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION: CINDY MASUDA, ACCOUNTING          BILL TO: Same As Customer

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| | | 0.127" x 48.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 006 | 176,000 LBS | H7100<br>ASTM A1011 CS TypeB 0.127" x 60.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 47,520.00 |
| | | HOT ROLL COIL<br>0.127" x 60.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 007 | 88,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 48.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 23,760.00 |
| | | HOT ROLL COIL<br>0.178" x 48.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 008 | 132,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 60.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 35,640.00 |
| | | HOT ROLL COIL<br>0.178" x 60.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 009 | 220,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 72.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 59,400.00 |
| | | HOT ROLL COIL<br>0.178" x 72.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 010 | 88,000 LBS | H7170 | 27.0000 CWT | 23,760.00 |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

| REV. | REV DATE |
|------|----------|
| 0 | 03/09/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0295 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

**CUSTOMER** ( 000644-000 )

MARUBENI-ITOCHU STEEL AMERICA INC
111 W. OCEAN BVLD. SUITE 1940
LONG BEACH, CA 90802

**SHIP TO** ( 000644-003 )

MISA- NORTH SIDE CITY DOCKS
C/O RICHARDSON
NORTH SIDE CITY DOCKS- PORT OF
HOUSTON
HOUSTON, TX 77029

ATTENTION: CINDY MASUDA, ACCOUNTING

BILL TO: Same As Customer

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| | | ASTM A1018 SS Gr 36 Type 2 For Conversion to ASTM A36 0.240" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.240" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 011 | 264,000 LBS | H7170<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to ASTM A36 0.240" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.240" x 60.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 71,280.00 |
| 012 | 572,000 LBS | H7170<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to ASTM A36 0.240" x 72.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.240" x 72.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 154,440.00 |
| 013 | 44,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to ASTM A36 0.305" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.305" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 11,880.00 |
| 014 | 88,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to ASTM A36 0.305" x 60.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 23,760.00 |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

# ACKNOWLEDGEMENT
### SALES ORDER NO.
## 003399

| REV. | REV DATE |
|---|---|
| 0 | 03/09/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0295 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER ( 000644-000 ) | SHIP TO ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BVLD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF<br>HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION: CINDY MASUDA, ACCOUNTING          BILL TO: Same As Customer

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| | | HOT ROLL COIL<br>0.305" x 60.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 015 | 44,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.305" x 72.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 11,880.00 |
| | | HOT ROLL COIL<br>0.305" x 72.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 016 | 88,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 48.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 23,760.00 |
| | | HOT ROLL COIL<br>0.365" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 017 | 176,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 60.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 47,520.00 |
| | | HOT ROLL COIL<br>0.365" x 60.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 018 | 176,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 72.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 47,520.00 |
| | | HOT ROLL COIL<br>0.365" x 72.000" x LENGTH | | |



# ACKNOWLEDGEMENT

SALES ORDER NO.

## 003399

| REV. | REV DATE |
|------|----------|
| 0 | 03/09/2020 |

**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0295 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER ( 000644-000 ) | SHIP TO ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BLVD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION: **CINDY MASUDA, ACCOUNTING**      BILL TO: **Same As Customer**

| ITEM | QUANTITY | PRODUCT NUMBER/DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 019 | 88,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.490" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.490" x 48.000" x LENGTH | 27.0000 CWT | 23,760.00 |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 020 | 132,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.490" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.490" x 60.000" x LENGTH | 27.0000 CWT | 35,640.00 |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| | | ESTIMATED WEIGHT:  2860000 LBS | | |
| | | | TOTAL | 773,080.00 |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

# ACKNOWLEDGEMENT

SALES ORDER NO.

## 003400

| REV. | REV DATE |
|------|----------|
| 0 | 03/06/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0296 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER    ( 000644-000 ) | SHIP TO    ( 000644-003 ) |
|---|---|
| **MARUBENI-ITOCHU STEEL AMERICA INC**<br>**111 W. OCEAN BVLD. SUITE 1940**<br>**LONG BEACH, CA 90802** | **MISA- NORTH SIDE CITY DOCKS**<br>**C/O RICHARDSON**<br>**NORTH SIDE CITY DOCKS- PORT OF**<br>**HOUSTON**<br>**HOUSTON, TX 77029** |

ATTENTION: **CINDY MASUDA, ACCOUNTING**          BILL TO: **Same As Customer**

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| 001 | 88,000 LBS | H7261<br>ASTM A1011 HSLA Gr 55 Class 1 0.127" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.127" x 60.000" x LENGTH<br><u>SCHEDULED SHIP:</u> 04/10/2020 <u>REQUESTED:</u> 04/10/2020 | 28.0000 CWT | 24,640.00 |
| 002 | 132,000 LBS | H7261<br>ASTM A1011 HSLA Gr 55 Class 1 0.178" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.178" x 60.000" x LENGTH<br><u>SCHEDULED SHIP:</u> 04/10/2020 <u>REQUESTED:</u> 04/10/2020<br><br><u>ESTIMATED WEIGHT:</u> 220000 LBS | 28.0000 CWT | 36,960.00 |
| | | | TOTAL | 61,600.00 |



# ACKNOWLEDGEMENT

**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

SALES ORDER NO.
## 003401

| REV. | REV DATE |
|------|----------|
| 0 | 03/06/2020 |

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0297 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER ( 000644-000 ) | SHIP TO ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BVLD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF<br>HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION: CINDY MASUDA, ACCOUNTING        BILL TO: Same As Customer

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| 001 | 200,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.178" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 54,000.00 |
| 002 | 200,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 60.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.178" x 60.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 54,000.00 |
| 003 | 200,000 LBS | H7170<br>ASTM A1011 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.178" x 72.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.178" x 72.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 54,000.00 |
| 004 | 400,000 LBS | H7170<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.240" x 48.000"<br>CUSTOMER P.O. LINE NBR:<br><br>HOT ROLL COIL<br>0.240" x 48.000" x LENGTH<br><br>SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | 27.0000 CWT | 108,000.00 |
| 005 | 400,000 LBS | H7170<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.240" x 60.000" | 27.0000 CWT | 108,000.00 |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0297 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER ( 000644-000 ) | SHIP TO ( 000644-003 ) |
|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC<br>111 W. OCEAN BVLD. SUITE 1940<br>LONG BEACH, CA 90802 | MISA- NORTH SIDE CITY DOCKS<br>C/O RICHARDSON<br>NORTH SIDE CITY DOCKS- PORT OF HOUSTON<br>HOUSTON, TX 77029 |

ATTENTION: **CINDY MASUDA, ACCOUNTING**     BILL TO: **Same As Customer**

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENSION (USD) |
|---|---|---|---|---|
| | | CUSTOMER P.O. LINE NBR: | | |
| | | HOT ROLL COIL<br>0.240" x 60.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 006 | 400,000 LBS | H7170<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.240" x 72.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 108,000.00 |
| | | HOT ROLL COIL<br>0.240" x 72.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 007 | 400,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 48.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 108,000.00 |
| | | HOT ROLL COIL<br>0.365" x 48.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 008 | 200,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 60.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 54,000.00 |
| | | HOT ROLL COIL<br>0.365" x 60.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020  REQUESTED: 04/10/2020 | | |
| 009 | 200,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.365" x 72.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 54,000.00 |
| | | HOT ROLL COIL | | |



**JSW Steel USA Ohio, Inc.**
1500 Commercial Avenue
Mingo Junction, OH 43938

| CUSTOMER P.O. NUMBER | P.O. DATE | SALES REPRESENTATIVE | TAX EXEMPT |
|---|---|---|---|
| L5-0297 | 03/04/2020 | Abhishek Aggarwal | |

| PAYMENT TERMS | F.O.B. | FREIGHT PAYMENT | CARRIER |
|---|---|---|---|
| Net 45 Days | Barge - Reload | Delivered | No Barge Assigned |

| CUSTOMER    ( 000644-000 ) | SHIP TO    ( 000644-003 ) |
|---|---|
| **MARUBENI-ITOCHU STEEL AMERICA INC**<br>**111 W. OCEAN BLVD. SUITE 1940**<br>**LONG BEACH, CA 90802** | **MISA- NORTH SIDE CITY DOCKS**<br>**C/O RICHARDSON**<br>**NORTH SIDE CITY DOCKS- PORT OF**<br>**HOUSTON**<br>**HOUSTON, TX 77029** |

ATTENTION:   **CINDY MASUDA, ACCOUNTING**       BILL TO:   **Same As Customer**

| ITEM | QUANTITY | PRODUCT NUMBER / DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | 0.365" x 72.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| 010 | 400,000 LBS | H7180<br>ASTM A1018 SS Gr 36 Type 2 For Conversion to<br>ASTM A36 0.490" x 48.000"<br>CUSTOMER P.O. LINE NBR: | 27.0000 CWT | 108,000.00 |
| | | HOT ROLL COIL<br>0.490" x 48.000" x LENGTH | | |
| | | SCHEDULED SHIP: 04/10/2020 REQUESTED: 04/10/2020 | | |
| | | ESTIMATED WEIGHT:   3000000 LBS | | |
| | | | TOTAL | 810,000.00 |



# JSW STEEL USA OHIO, INC.
## CONDITION OF SALES

1. ACCEPTANCE. Any Seller price quotation or pricing letter is for customer information only. Seller shall be bound only upon written confirmation of acceptance of an order at Seller's principal office at 1500 Commercial Avenue, Mingo Junction, OH 43938. ALL CUSTOMER ORDERS AND ACCEPTANCES ARE

EXPRESSLY CONDITIONED UPON ASSENT TO THE TERMS AND CONDITIONS PRINTED HEREON AND IN ANY CONTRACTUAL SUPPLY AGREEMENT THAT MAY HAVE BEEN EXECUTED BY SELLER AND BUYER. TERMS ADDITIONAL TO OR DIFFERENT FROM THOSE IN THESE CONDITIONS OF SALE OR IN ANY CONTRACTUAL SUPPLY AGREEMENT ARE REJECTED. The Customer and Seller agree that the terms and conditions printed hereon are accepted in good faith by both parties as the controlling and final terms and conditions. Customer and Seller further agree that there should not be a "battle of forms" as described in Section 2-207 of the Uniform Commercial Code. Seller's commencement of performance is not to be construed as acceptance of any of Customer's terms or conditions. Seller may commence performance in reliance on Customer's acceptance of these Conditions of Sale.

2. LIMITED WARRANTIES. THERE ARE NO UNDERSTANDINGS, TERMS, CONDITIONS OR WARRANTIES NOT FULLY EXPRESSED HEREIN. Seller warrants title to and freedom from encumbrance of the products. Seller also warrants that products described or referred to on the face hereof are of merchantable quality and conform in material respect to specifications accepted in writing by Seller. There are no warranties, express or implied, with respect to products sold hereunder which are misused, abused, or operated on mechanical equipment improperly designed or maintained or which are used, supplied for use or made available for use in any nuclear application of which Seller has not been notified in writing by Customer at the time of Customer's offer for the products sold hereunder. SELLER MAKES NO OTHER

WARRANTY WHATEVER, EXPRESS OR IMPLIED. ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND ALL IMPLIED WARRANTIES OF FITNESS FOR ANY PARTICULAR PURPOSE ARE DISCLAIMED BY SELLER AND EXCLUDED FROM THIS AGREEMENT.

3. LIMITATION OF CUSTOMER'S REMEDIES. Except as further specifically limited by paragraph 6 below,

Seller's liability hereunder shall be limited to the obligation to repair or replace only those portions of products proven to have failed to meet in material respect the specifications on the Seller's Order

Acknowledgment or invoice or to have been defective in quality or workmanship at the time of delivery. Alternatively, Seller may allow credit therefor, at its option. Seller's total cumulative liability in any way arising from or pertaining to any product sold to Customer shall NOT in any case exceed the purchase price paid by Customer for such product. IN NO EVENT SHALL SELLER HAVE ANY LIABILITY FOR COMMERCIAL LOSS, CLAIMS FOR LABOR, OR CONSEQUENTIAL OR INCIDENTAL DAMAGES OF ANY

TYPE, WHETHER CUSTOMER'S CLAIM BE BASED IN CONTRACT, TORT, WARRANTY, OR STRICT LIABILITY, OR OTHERWISE. IT IS EXPRESSLY AGREED THAT CUSTOMER'S REMEDIES EXPRESSED IN THIS PARAGRAPH ARE CUSTOMER'S EXCLUSIVE REMEDIES.

4. LIMITATION OF LIABILITY FOR DELAY. IN NO EVENT SHALL SELLER BE LIABLE FOR ANY CLAIMS FOR LABOR OR FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES OR ANY OTHER DAMAGES RESULTING FROM DELAY IN DELIVERY. NO DELIVERY DATES ARE GUARANTEED.

5. FORCE MAJEURE. In any event and in addition to all other limitations stated herein, Seller shall not be liable for any act, omission, result or consequence, including but not limited to any delay in delivery or performance, which is (i) due to any act of God, the priority of any government order, any order bearing

priority rating or order placed under any allocation program (mandatory or voluntary) established pursuant to law, local labor shortage, fire, flood or other casualty, governmental regulation or requirement, shortage or failure of raw material, supply, fuel, power or transportation, breakdown of equipment, or any cause beyond Seller's reasonable control whether of similar or dissimilar nature to those above enumerated, or (ii) due to any strike, labor dispute, or difference with workers, regardless of whether or not Seller is capable of settling any such labor problem.

6. PASSAGE OF TITLE. Title to the products sold hereunder shall pass upon delivery to the carrier at the point of shipment. Neither Customer nor the consignee shall have the right to divert or reconsign such shipment to any destination other than specified in the bill of lading without permission of the Seller. Unless otherwise agreed Seller reserves the right to select the mode of transportation.

7. PAYMENTS AND INTEREST ON PAST DUE ACCOUNTS. Customer represents that Customer is solvent and can and will pay for the products sold to Customer in accordance with the terms hereof. If Customer shall fail to comply with any provision or to make payments in accordance with the terms of this contract or any other contract between Customer and Seller, Seller may at its option defer shipments or, without waiving any other rights it may have, terminate this contract. All deliveries shall be subject to the approval of Seller's Credit Department. Seller reserves the right before making any delivery to require payment in cash or security for payment, and if Customer fails to comply with such requirement, Seller may terminate this contract. An interest charge of 1-1/2% monthly (18% annual rate) or the maximum allowed by state law will be imposed on all past due accounts.

8. TRANSPORTATION CHARGES. Delivered prices or prices involving competitive transportation adjustments shall be subject to appropriate adjustment to reflect changes in transportation charges including but not limited to fuel surcharges.

9. CLAIMS BY CUSTOMER. Claims by Customer for shortage of products or for products damaged during shipment, storage, or processing must be made within ten (10) days of receipt by Customer. Any claim that the products received by Customer do not conform in material respect to the specifications on the face of Seller's Order Acknowledgment or Invoice must be made within sixty (60) days of receipt of shipment, which Customer and Seller agree is a reasonable time, or Customer's claims shall be barred. In addition, Seller must be given an opportunity to investigate the claim before Customer disposes of the material, or Customer's claim will be barred. Seller shall incur no liability for damage, shortages, or other cause alleged to have occurred or existed at or prior to delivery to the carrier unless Customer shall have entered full details thereof on its receipt to the carrier. A variation between Seller's and Customer's scale weight or theoretical weight determination up to 1% shall be a permissible variation. Our quantity tolerance for shipments is +/- 10% of ordered quantity .

10. MECHANICAL PROPERTIES; CHEMICAL ANALYSES. Any data referring to mechanical properties or chemical analyses are the result of tests performed on specimens obtained from specific locations of the products(s) in accordance with prescribed sampling procedures; any warranty thereof is limited to the values obtained at such locations and by such procedures. There is no warranty with respect to values of the materials at other locations.

11. PATENTS. Seller shall indemnify Customer against attorneys' fees and any damages or costs awarded against Customer in the event any legal proceeding is brought against Customer by a third person claiming the material delivered hereunder in itself constitutes an infringement of any U.S. patent, provided Customer gives Seller prompt notice of any such suit being brought, gives Seller the opportunity to defend any such suit, and cooperates with Seller with respect to any such defense, unless

2

the material is made in accordance with materials, design, or specifications required by Customer, in which case Customer shall similarly indemnify Seller.

**12. TAXES.** No tax imposed in respect to the sale of the products sold hereunder is included in any quotation by Seller. Any such tax shall be added to and paid by Customer as part of the purchase price.

**13. SELLER'S RIGHT OF TERMINATION.** If this contract is made in compliance with any governmental rule or regulation, plan, order or other directive, upon the termination thereof, Seller shall have the option of canceling this contract in whole or in part.

**14. WAIVER.** Failure or inability of either party to enforce any right hereunder shall not waive any right in respect to any other or future rights or occurrences.

**15. SURCHARGES.** Surcharges will be Seller's surcharges in effect at time of shipment.

**16. CONFLICTING PROVISIONS OFFERED BY CUSTOMER.** Any terms and conditions of any purchase order or other instrument issued by the Customer in connection with the subject matter of this contract, which are in addition to or inconsistent with the terms and conditions expressed herein, will not be binding on Seller in any manner whatsoever unless accepted by Seller in writing.

**17. STATUTE OF LIMITATIONS.** The Customer and Seller agree that any action for a breach of contract, including any action for a breach of warranty, must be commenced within one (1) year after the cause of action accrues.

**18. SEVERABILITY.** In case any provision of this contract shall be declared invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired.

**19. APPLICABLE LAW.** This contract shall be governed by, and construed and enforced in accordance with, the laws of the State of Ohio. Customer and Seller specifically agree that any legal action brought relating to this contract will be brought and tried exclusively in the Jefferson County Court of Common Pleas.

**20. CONFIDENTIALITY.** The price and terms of this contract are confidential and may not be disclosed by Customer without the prior written consent of Seller.

3

From: **Tanaka Shohei-ISALSA** <tanaka-s@us.benichu.com>
Date: Mon, Mar 23, 2020 at 6:24 PM
Subject: RE: JSW HRC for Houston 2 barge
To: Abhishek Aggarwal <abhishek.aggarwal@jswsteel.us>
Cc: Rocco Auteri <rocco.auteri@jswsteel.us>, Oda Shoko-ISALSA <oda-s@us.benichu.com>,
Hirasawa Kazuyuki-ISALSA <hirasawa-k@us.benichu.com>, Masuda Cindy-ISALSA
<masuda-c@us.benichu.com>, Cory Raimondi <cory.raimondi@jswsteel.us>, Dave
Miltenberger <dave.miltenberger@jswsteel.us>

Dear Abhishek san,

Good evening,

Thank you for providing us with detailed situation.

However, we regret to inform you that we must stand on our cancellation based upon
your failure to sign our 3 Po's, in spite of our repeated requests.

The fact that you failed to sign previous orders is not relevant. This was simply an
administrative oversight, not an agreed upon practice.

Business as we know it has all but stopped.

Considering good relationship with JSW, we will evaluate a new pricing proposal to
determine If this order can be resurrected, if you care to consider.

Given the catastrophic changes in the market , this is the cooperation we are willing to
consider at this time.



EXHIBIT
D

Your understanding would be appreciated.


Sincerely,


Shohei

**From:** Abhishek Aggarwal <abhishek.aggarwal@jswsteel.us>
**Sent:** Monday, March 23, 2020 10:41 AM
**To:** Tanaka Shohei-ISALSA <tanaka-s@jpn.us.benichu.com>
**Cc:** Rocco Auteri <rocco.auteri@jswsteel.us>; Oda Shoko-ISALSA <oda-s@jpn.us.benichu.com>; Hirasawa Kazuyuki-ISALSA <hirasawa-k@jpn.us.benichu.com>; Masuda Cindy-ISALSA <masuda-c@jpn.us.benichu.com>; Cory Raimondi <cory.raimondi@jswsteel.us>; Dave Miltenberger <dave.miltenberger@jswsteel.us>
**Subject:** Re: JSW HRC for Houston 2 barge

Shohei san


Thankyou for your call and email .


As explained earlier also , we do not sign customer PO's and just send acknowledgements . Even last time on your orders , we did the same which worked for you guys .


Therefore we cannot accept cancellation . The order is almost ready . One barge is leaving tomorrow which is getting loaded now . Second barge is supposed to leave next week .


All slabs for these orders are produced and 50% coils are produced . Rest are in furnace or on schedules and will be getting rolled this week to be shipped next week .

Below are the details ( Attached spreadsheet too for your ref ) :

| SO Nbr | Sold To Cust Name | Cust PO Nbr | Cust PO Date | SO Line Nbr | Product Nbr | Pro |
|---|---|---|---|---|---|---|
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-001 | 43894 | 1 | H7080 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-002 | 43894 | 2 | H7080 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-003 | 43894 | 3 | H7080 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-004 | 43894 | 4 | H7100 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-005 | 43894 | 5 | H7080 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-006 | 43894 | 6 | H7100 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-008 | 43894 | 7 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-009 | 43894 | 8 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-010 | 43894 | 9 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-011 | 43894 | 10 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-012 | 43894 | 11 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-013 | 43894 | 12 | H7170 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-014 | 43894 | 13 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-015 | 43894 | 14 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-016 | 43894 | 15 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-017 | 43894 | 16 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-018 | 43894 | 17 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-019 | 43894 | 18 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-020 | 43894 | 19 | H7180 | AS |
| 3399 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0295-020 | 43894 | 20 | H7180 | AS |
| 3400 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0296-001 | 43894 | 1 | H7261 | AS |
| 3400 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0296-002 | 43894 | 2 | H7261 | AS |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-001 | 43894 | 1 | H7170 | AS |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-002 | 43894 | 2 | H7170 | AS |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-003 | 43894 | 3 | H7170 | AS |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-004 | 43894 | 4 | H7170 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-005 | 43894 | 5 | H7170 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-006 | 43894 | 6 | H7170 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-007 | 43894 | 7 | H7180 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-008 | 43894 | 8 | H7180 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-009 | 43894 | 9 | H7180 | AST |
| 3401 | MARUBENI-ITOCHU STEEL AMERICA INC | L5-0297-010 | 43894 | 10 | H7180 | AST |
| | | | | | # | |
| | | | | | ton | |

Regards

Abhishek


On Mon, Mar 23, 2020 at 9:01 AM Tanaka Shohei-ISALSA <tanaka-s@us.benichu.com> wrote:

Dear Abhishek san


I hope your weekend was a good one.


Regarding to our following PO, to cover 2 barge for Houston


   L5-0295

   L5-0296

   L5-0297


We regret to inform you that we are no longer able to honor such 3 Po due to your rejection of signatory in spited of our repeated requests.


Kindly, please send back to us without signatory.


We are living in extraordinary and unsettling times.

With the novel coronavirus (COVID-19) global pandemic still taking shape in the US and all of us experiencing dramatic changes to our daily lives,

we wanted to let you know to our great regret.

Also we negotiated a business with you three weeks ago. At that time, the barrel price of WTI crude was $47.25. Last Friday, the closing price was $22.92.

A price drop of this magnitude is historic and has created havoc in the world markets, including the steel market.

We are hearing of order cancellations throughout the country, as the market is desperately struggling to cope with the collapsing oil price coupled with the devastating effects of the coronavirus. The future HRC price has dropped to $24.00. We are now facing government mandated shutdowns across the country. The demand for steel will slow to a crawl.

Some mills expect price even $19.00 in the near future.

If you still like us to take cargo, we will cooperate but we need to adjust the pricing.

Kindly, please be advised.

Sincerely,

Shohei

From: **Tanaka Shohei-ISALSA** <tanaka-s@us.benichu.com>
Date: Tue, Mar 24, 2020 at 6:06 PM
Subject: RE: MISA POs L5-0295, L5-0296, L5-0297; JSW Sales Orders: 003399, 003400, 003401
To: Abhishek Aggarwal <abhishek.aggarwal@jswsteel.us>
Cc: Cory Raimondi <cory.raimondi@jswsteel.us>, Dave Miltenberger <dave.miltenberger@jswsteel.us>, Karen Renz <karen.renz@jswsteel.us>, Hirasawa Kazuyuki-ISALSA <hirasawa-k@us.benichu.com>, Masuda Cindy-ISALSA <masuda-c@us.benichu.com>, Oda Shoko-ISALSA <oda-s@us.benichu.com>

**Dear Abhishek san,**

**Thank you for your email.**

**Please do not misinterpret my suggestion of a possible price adjustment.**

**We do not want the steel at any price. This was simply a gesture of good faith for you to consider.**

**We are cancelling the orders as your rejection to sign contracts, as our business no longer has a use for this material**

**due to the unprecedented collapse of the oil business, coupled with the unprecedented closing of businesses country-wide**

**due to the deadly coronavirus pandemic.**

**Our opinion remain unchanged from yesterday email subject to your response by 5:00pm on March 25, 2020 EST.**

**Your understanding would be appreciated.**

EXHIBIT
E

**Sincerely,**


**Shohei**



From: Abhishek Aggarwal <abhishek.aggarwal@jswsteel.us>
Sent: Tuesday, March 24, 2020 1:43 PM
To: Tanaka Shohei-ISALSA <tanaka-s@jpn.us.benichu.com>
Cc: Cory Raimondi <cory.raimondi@jswsteel.us>; Dave Miltenberger
<dave.miltenberger@jswsteel.us>; Karen Renz <karen.renz@jswsteel.us>
Subject: RE: MISA POs L5-0295, L5-0296, L5-0297; JSW Sales Orders: 003399, 003400,
003401




Dear Shohei san


On March 5, 2020, you submitted to JSW your orders referenced above. On March 9, 2020,
JSW timely acknowledged your orders by our standard Acknowledgments. Thereafter, JSW
commenced production of the product that is subject to the order in reliance on your confirmed
order.


Yesterday, March 23, 2020, you advised us in writing that you "are no longer able to honor"
your orders. First, you attributed your cancellation attempt to our refusal to accept your terms
and conditions. Then you noted the "extraordinary and unsettling times" and the resulting
"havoc in world markets." Finally, you concluded "If you still like us to take cargo, we will
cooperate but we need to adjust the pricing."


I immediately advised you in writing that we cannot accept cancellation of the orders and that the
order is almost ready, with one barge being ready to leave today (March 24) and the second

barge to leave next week. In response, you stated that you "must stand" on your cancellation but that you would "evaluate a new pricing proposal to determine if this order can be resurrected."

Your attempt to cancel these orders is wrongful. You have no right to do so under the applicable terms of the orders or the Uniform Commercial Code (UCC). A failure of the parties' writings to agree on terms and conditions does not justify unilateral cancellation under Section 2-207 of the UCC. Nor does turmoil in world markets due to the pandemic. And obviously your desire to renegotiate pricing does not justify or authorize your attempted cancellation under any circumstance, and would belie any argument that your cancellation is due to a force majeure event.

You are hereby notified that we deem your attempted cancellation of the orders to be a repudiation of the contract, and that repudiation substantially impairs the value of the contract to JSW. We urge you to retract your repudiation and attempted cancellation immediately, but no later than **7:00 pm Eastern Standard time today, March 24, 2020**. In the meantime, please accept this message as our formal notice of tender of delivery of the product to be delivered pursuant to the referenced orders. As I noted in my communication yesterday, barge #1 is loaded and prepared to depart at this time. Barge #2 will be loaded and prepared to depart as scheduled no later than March 30, 2020. We are holding this product at your disposition, and will dispatch it immediately on your instructions to do so. Your continued repudiation of this contract will cause us to incur additional costs and charges (including but not limited to storage and shipping cancellation costs) which damages will be your responsibility in additional to the contract price, regardless of whether the products are ultimately accepted by you.

Please immediately retract your repudiation of the contract and confirm your intention to accept delivery of the product.

--

Thank You & Best Regards,


**Abhishek Aggarwal**

**JSW Steel USA, Ohio, Inc.**

1500 Commercial Ave